IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                          PLAINTIFF

v.                                       NO. 4:14CR00152 JLH

UZIEL LOZANO,
ROBERT KEITH MIZE,
BILLY TAD EARNEST,
AMBER DAWN EARNEST,
ANDREA NICOLE OAKLEY,
TYSON G. NORSWORTHY,
and BOBBY JO WADE                                                                 DEFENDANTS

## ORDER

Pending before the Court is the motion for continuance of the March 23, 2015 trial of this matter filed by defendant Billy Tad Earnest. Document #115. The Court has determined that due to the number of defendants and attorneys involved in this case the most efficient manner of which to handle the motion for continuance will be to establish a deadline for any defendant opposing the motion to file a response in opposition.

IT IS THEREFORE ORDERED that any defendant opposing the motion for continuance must file a response in opposition on or before **MARCH 16, 2015**. It will not be necessary for any defendant who supports the motion for continuance to respond.

The Court will assume that any defendant who does not file a response in opposition of the motion on or before March 16, 2015, joins in the motion for continuance and waives Speedy Trial requirements up to and including the next scheduled trial date.

IT IS SO ORDERED this 2nd day of March, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE